# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2731

_____

| | | |
|---|---|---|
| Rickey George, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| David Miller; Tammy Sanders; Archie | * | |
| Westmoreland; Does, all county | * | [UNPUBLISHED] |
| employees that signed affidavits against | * | |
| plaintiff Rickey George, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 9, 2012
Filed: March 14, 2012

_____

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Rickey George appeals from the order of the District Court[1] dismissing his pro se complaint. After careful de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we affirm for the reasons stated by the District Court. See 8th Cir. R. 47B.

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.